UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 03-592-DRH |
| MASON'S LANDSCAPING & CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

**PAY-OUT ORDER**

Pursuant to the garnishment payment made by garnishee First Bank in the amount of $21,298.35, the Clerk is directed to issue payment to plaintiffs in the amount of $21,298.35, payable to "Employers and Operating Engineers Local 520 Benefit Funds," and sent in care of plaintiffs' counsel, Greg A. Campbell, Diekemper, Hammond, Shinners, Turcotte & Larrew, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105.

SO ORDERED:


By:/s/    David RHerndon
UNITED STATES DISTRICT JUDGE

Date: July 18, 2005

1